[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 1207.]

**THE STATE OF OHIO, APPELLEE, *v.* LAWRENCE, APPELLANT.**

**[Cite as *State v. Lawrence*, 1998-Ohio-130.]**

*Appeal dismissed as improvidently allowed.*

(No. 97-2585—Submitted August 19, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Summit County, No. 18298.

————————————

*Maureen O'Connor*, Summit County Prosecuting Attorney, and *Paul Michael Maric*, Assistant Prosecuting Attorney, for appellee.

*James L. Burdon* and *John T. Martin*, for appellant.

————————————

**{¶ 1}** The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————